# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL KLAUSLER,** | Case No. **2:15-cv-07140-CAS-AGR** |
| Plaintiff, | **ORDER** |
| vs. | |
| **CITIBANK, N.A.; and DOES 1 to 20, INCLUSIVE,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this 14th day of January, 2016

_Christina A. Snyder_
The Honorable Judge Christina A. Snyder

Order to Dismiss - 1